AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of New Hampshire

| | |
|---|---|
| CROSSFIT, LLC <br><br> *Plaintiff(s)* <br> v. <br> WILLIAM T. HARPER, individually and doing business as CROSSFIT NOVA VITA, also known as CROSSFIT NV, CROSSFIT N.V., and CFNV <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 1:26-cv-00005-TSM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  CFNV
42 Daniel Webster Highway
Center Harbor, NH  03226

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jeffrey C. Christensen, Esquire
Cleveland, Waters and Bass, P.A.
Two Capital Plaza, 5th Floor
Concord, NH  03301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Tracy Uhrin, Clerk**

Date: 01/07/2026
**with ECF Notice and Notice of Assignment to the Magistrate Judge attached**

By: /s/ Julianne Black, Deputy Clerk

Jan 07, 2026

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-00005-TSM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Print**     **Save As...**     **Reset**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| CROSSFIT, LLC </br></br>*Plaintiff(s)* </br> v. </br> WILLIAM T. HARPER, individually and doing business as CROSSFIT NOVA VITA, also known as CROSSFIT NV, CROSSFIT N.V., and CFNV </br>*Defendant(s)* | Civil Action No. 1:26-cv-00005-TSM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CrossFit N.V.
    42 Daniel Webster Highway
    Center Harbor, NH  03226

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeffrey C. Christensen, Esquire
    Cleveland, Waters and Bass, P.A.
    Two Capital Plaza, 5th Floor
    Concord, NH  03301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Tracy Uhrin, Clerk

Date:   01/07/2026            By: /s/ Julianne Black, Deputy Clerk
                                  Jan 07, 2026

**with ECF Notice and
Notice of Assignment to the
Magistrate Judge attached**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-00005-TSM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by <u>Fed. R. Civ. P. 4</u> (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

[Print]  [Save As...]                                                                                          [Reset]

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| CROSSFIT, LLC <br><br> *Plaintiff(s)* <br> v. <br> WILLIAM T. HARPER, individually and doing business as CROSSFIT NOVA VITA, also known as CROSSFIT NV, CROSSFIT N.V., and CFNV <br> *Defendant(s)* | Civil Action No. 1:26-cv-00005-TSM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  CrossFit NV
42 Daniel Webster Highway
Center Harbor, NH  03226


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jeffrey C. Christensen, Esquire
Cleveland, Waters and Bass, P.A.
Two Capital Plaza, 5th Floor
Concord, NH  03301


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Tracy Uhrin, Clerk**

Date:  01/07/2026               **By: /s/ Julianne Black, Deputy Clerk**

**with ECF Notice and**            **Jan 07, 2026**
**Notice of Assignment to the**
**Magistrate Judge attached**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-00005-TSM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

[Print]  [Save As...]                                                                  [Reset]

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| CROSSFIT, LLC <br><br> *Plaintiff(s)* <br> v. <br> WILLIAM T. HARPER, individually and doing business as CROSSFIT NOVA VITA, also known as CROSSFIT NV, CROSSFIT N.V., and CFNV <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:26-cv-00005-TSM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  CrossFit Nova Vita
42 Daniel Webster Highway
Center Harbor, NH  03226

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jeffrey C. Christensen, Esquire
Cleveland, Waters and Bass, P.A.
Two Capital Plaza, 5th Floor
Concord, NH  03301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

**Tracy Uhrin, Clerk**

Date: 01/07/2026

By: /s/ Julianne Black, Deputy Clerk

Jan 07, 2026

**with ECF Notice and
Notice of Assignment to the
Magistrate Judge attached**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-00005-TSM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Print**   **Save As...**   **Reset**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| CROSSFIT, LLC<br><br>*Plaintiff(s)*<br>v.<br>WILLIAM T. HARPER, individually and doing business as CROSSFIT NOVA VITA, also known as CROSSFIT NV, CROSSFIT N.V., and CFNV<br>*Defendant(s)* | Civil Action No. 1:26-cv-00005-TSM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   William T. Harper
　　　　　　　　　　　　　　　　　　42 Daniel Webster Highway
　　　　　　　　　　　　　　　　　　Center Harbor, NH  03226

　　　A lawsuit has been filed against you.

　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　Jeffrey C. Christensen, Esquire
　　　　　　　　　　　　　　　　　　　　Cleveland, Waters and Bass, P.A.
　　　　　　　　　　　　　　　　　　　　Two Capital Plaza, 5th Floor
　　　　　　　　　　　　　　　　　　　　Concord, NH  03301

　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Tracy Uhrin, Clerk**

Date:　01/07/2026　　　　　　　　　　　　　　　　　By: /s/ Julianne Black, Deputy Clerk
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jan 07, 2026

**with ECF Notice and
Notice of Assignment to the
Magistrate Judge attached**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-00005-TSM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset